```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
```
TRUSTEES OF THE NORTHEAST CARPENTERS,
HEALTH, PENSION, ANNUITY, APPRENTICESHIP, **ORDER ADOPTING**
and LABOR MANAGEMENT COOPERATION **REPORT AND**
FUNDS, **RECOMMENDATION**
16-CV-4487 (DRH)(ARL)

                    Petitioners,

-against-

TIKI INDUSTRIES, INC.

                    Respondent..
-------------------------------------------------------------------X

**HURLEY, Senior District Judge:**

Presently before the Court is the Report and Recommendation, dated May 4, 2017 ("R&R"), of Magistrate Judge Arlene R. Lindsay recommending that Petitioners' motion to confirm the April 16, 2016 arbitration award in the amount of $6,637.24 be granted together with attorneys' fees in the amount of $372.50 and costs of $400.00 for a total award of $7,409.74. More than fourteen days have elapsed since service of the R&R and no objections have been filed.

Pursuant to 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72, this Court has reviewed the Report and Recommendation for clear error, and finding none, now concurs in both its reasoning and its result. The Court therefore adopts the May 4, 2017 Report & Recommendation of Judge Lindsay as if set forth herein. Accordingly,

**IT IS HEREBY ORDERED** that the petition to confirm the arbitration award dated April 16, 2016 is granted. The Clerk of Court shall enter judgment in favor of Petitioners and against Respondent confirming the April 16, 2016 arbitration award and awarding Petitioners the

full amount of the arbitration award ($6,637.24) plus attorneys' fees and costs in the amount of $772.50 for a total award of $7,409.74.

**SO ORDERED.**

Dated: Central Islip, N.Y.
June 6, 2017

/s/ Denis R. Hurley
Denis R. Hurley
United States District Judge